

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-30594
USDC No. 00-CV-3241-R

CARL BARRAS,

                Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary,

                Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
--------------------

O R D E R:

    Carl Barras, Louisiana prisoner # 290506, has filed a motion for a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 petition as barred by the one-year statute of limitations in 28 U.S.C. § 2244(d). He argues that his state habeas application was timely filed under an exception to the state limitations period for newly discovered evidence. He argues that his discovery of new facts should have tolled the federal limitations period also.

    Barras must obtain a COA to proceed on appeal. See 28 U.S.C. § 2253(c)(1). To obtain a COA, Barras must make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). When the district court has dismissed a habeas petition on procedural grounds without reaching the merits



O R D E R
No. 01-30594
- 2 -

of the petitioner's claims, "a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right <u>and</u> that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)(emphasis added). Barras has not made such a showing. Accordingly, Barras' COA motion is DENIED.

COA MOTION DENIED.

_____
FORTUNATO P. BENAVIDES
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana  10/24/01

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

October 24, 2001



Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

      No. 01-30594 Barras v. Cain
      USDC No. 00-CV-3241-R

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 1 ) Volume    (   ) Envelopes    ( 1 ) Box

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

By: _____
    Monica Washington, Deputy Clerk
    504-589-6514 ITCM # 186

cc: w/encl:
    Mr Carl Barras
    Mr Lawrence Blake Jones